FILED

11/29/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0321

## IN THE SUPREME COURT OF THE STATE OF MONTANA

In re the marriage of:

MITCHELL BURGARD,

    Appellee/Petitioner,

-vs-

STACY JACOBSEN,

    Appellant/Respondent.

Cause No. DA 24-0321

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD**

UPON motion from the Appellant/Respondent, with good cause appearing therefor, it is HEREBY ORDERED that Misty D. Gaubatz and A&M Law are withdrawn as counsel of record for Ms. Jacobsen.

IT IS FURTHER ORDERED that Appellant shall have until and including December 30, 2024, within which to file her opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 29 2024